Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendant*
*Clarity Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jadranka Maric, | Case No. 2:24-cv-00080-APG-EJY |
| Plaintiff, | **DEFENDANT CLARITY SERVICES, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| Clarity Services, Inc. | |
| Defendant. | Complaint Filed: 01/09/24 |

Defendant Clarity Services, Inc. ("Clarity") and Plaintiff Jadranka Maric ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Clarity to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on January 9, 2024, and currently, Clarity's responsive pleading is due February 6, 2024. (ECF No. 1.) Clarity has just retained counsel in this matter. The first extension will allow Clarity an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved after such investigation. Plaintiff and Clarity stipulate and agree that Clarity shall have an extension until March 7, 2024, to file its responsive pleading.

This is Clarity's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit Clarity an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 2nd day of February 2024.

| NAYLOR & BRASTER | FREEDOM LAW FIRM |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135 | By: */s/ Gerardo Avalos*<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 100<br>Las Vegas, NV 89123 |
| *Attorneys for Defendant*<br>*Clarity Services, Inc.* | *Attorneys for Plaintiff Jadranka Maric* |

**IT IS SO ORDERED.**

Dated this 2nd day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE